UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHAD WHITFORD and VICKI WHITFORD,

    Plaintiffs,

    v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, L.L.C.,

    Defendant.

Case No. 08-cv-251-JPG

## **JUDGMENT**

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

Dated: May 9, 2008      By:s/Deborah Agans, Deputy Clerk

Approved:    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**